IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES DANIEL PRICE                                                                    PLAINTIFF

v.                                    Civil No. 1:25-cv-01075-CDC

LINDA HOWE                                                                         DEFENDANTS

## <u>VIDEO CONFERENCING ORDER</u>

This case is scheduled for a hearing on Plaintiff's Motion for Discovery of Document (ECF No. 25) on **Thursday, May 28, 2026 at 1:30 p.m.**  The hearing will be conducted by video conference **(ZOOM)**.

The Jail Administrator for the Union County Detention Center in El Dorado, Arkansas, is hereby ORDERED to produce the body of **James Daniel Price #659954**, VIA VIDEO CONFERENCE, to attend the above-mentioned hearing.

**The District Clerk is directed to FedEx a certified copy of this order to the** Jail Administrator for the Union County Detention Center in El Dorado, Arkansas.  The Jail Administrator is asked to notify the individual or individuals in charge of video conferencing or information technology (IT) at the Union County Detention Center of this scheduled video conference hearing.  To ensure that the necessary equipment is in place at the facility, the facility IT person is asked to contact Derrick Ballentine (derrick_ballentine@arwd.uscourts.gov), **at a minimum of two (2) business days prior to the hearing**, to coordinate this hearing.

To ensure the best quality video for this hearing, Plaintiff should be seated with a microphone nearby; in a room with no visible cell doors, bars, or barriers; in a room that does not have an excessive echo; in an area free from the distraction of other inmates and/or unnecessary

1

noise; and in a room where the primary light source is not behind the Plaintiff.  In addition, the camera should be positioned to provide a close-up head & shoulders view of the Plaintiff.

**Plaintiff shall be allowed to have his legal materials in his possession during the video conference.**

IT IS SO ORDERED this 21st day of May 2026.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

2